UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 10-71188-JTL |
| SANDRA R. SLAUGHTER (A/K/A SANDRA J. SLAUGHTER), <br>          Debtor. | CHAPTER 13 |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

Pursuant to Bankruptcy Rule 9010, the undersigned attorney enters this Notice of Appearance on behalf of U.S. Bank, N.A., a secured creditor in this case.

U.S. Bank, N.A., through counsel, hereby requests all notices to debtors or creditors also be mailed in care of said creditor as follows:

October 29, 2010                                             Respectfully submitted,

                                                                                     **PENDERGAST & ASSOCIATES, P.C.**

| | |
|---|---|
| South Terraces, Suite 1000 | By: /s/<u>Alice Blanco</u> |
| 115 Perimeter Center Place | Alice Blanco |
| Atlanta, GA 30346 | Georgia Bar Number 062160 |
| Phone: 770-392-0303 | Attorney for Movant |
| Email: ablanco@penderlaw.com | Firm File Number: 10-10060 |

CERTIFICATE OF SERVICE

      I, Alice Blanco, certify that I am over the age of 18 and that on October 29, 2010 I served a copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR NOTICES by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

| | | |
|---|---|---|
| Kristin Hurst, Esq. | William O. Woodall, Esq. | Sandra R. Slaughter |
| Kristin Hurst, Attorney at Law | Woodall and Woodall | 19 Stirling Drive |
| PO Box 1907 | PO Box 3335 | Tifton, GA  31793 |
| Columbus, GA  31902 | 1003 Patterson Street | |
| | Valdosta, GA  31604-3335 | |

Dated: October 29, 2010

                                                **PENDERGAST & ASSOCIATES, P.C.**

| | |
|---|---|
| South Terraces, Suite 1000 | By: /s/<u>Alice Blanco</u> |
| 115 Perimeter Center Place | Alice Blanco |
| Atlanta, GA  30346 | Georgia Bar Number 062160 |
| Phone: 770-392-0303 | Attorney for Movant |
| Email:  ablanco@penderlaw.com | Firm File Number: 10-10060 |